**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FEDERICO CANSINO, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Case No.  15 C 5793 |
| | ) | |
| v. | ) | Judge Marvin E. Aspen |
| | ) | |
| MILIEU DESIGN, LLC and MILIEU GROUP, INC., and PETER WODARZ and BRIAN FRANK, individually, | ) ) ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendants. | ) | |

<u>**NOTICE OF FILING**</u>

TO:    Matthew P. Kellam, Antonio Caldarone, Laner Muchin, Chicago, IL

PLEASE TAKE NOTICE that on Wednesday, January 6, 2016, I shall cause to be filed with the Clerk of the United States District Court located at the Everett Dirksen Building, 219 South Dearborn, Chicago, Illinois, the Plaintiff's Response to Defendants' Motion for Approval of Settlement Agreement, a copy of which is hereby served to you.

Respectfully submitted,

***Electronically Filed 1/4/2016***

<u>s/ Meghan A.VanLeuwen</u>
Meghan A. VanLeuwen

Farmworker & Landscaper Advocacy Project
33 North LaSalle Street Suite 900
Chicago, Illinois 60602
(312) 784-3541

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on January 6, 2016, she caused to be served upon the attorneys of record above, Plaintiff's Notice of Filing by electronic service through the Court's electronic filing system (ECF), or as otherwise directed.

*Electronically Served*

s/ Meghan A. VanLeuwen

---------------------------------------

Meghan A. VanLeuwen

FARMWORKER & LANDSCAPER ADVOCACY PROJECT

33 North LaSalle Street Suite 900

Chicago, IL, 60602

(312) 784-3541