**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Federico Cansino

                        Plaintiff,

v.                                              Case No.: 1:15−cv−05793
                                                     Honorable Marvin E. Aspen

Milieu Design, LLC, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 19, 2016:

      MINUTE entry before the Honorable Marvin E. Aspen:Defendants' motion for approval of settlement agreement [11] is granted. Motion is stricken from the Court's call of 1/21/2016. Status hearing of 2/25/2016 is stricken.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.