IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FEDERICO CANSINO, on behalf of himself, and all other plaintiffs similarly situated, known and unknown, ) ) ) ) Plaintiff, ) ) v. ) ) MILIEU DESIGN, LLC and MILIEU GROUP, INC., and PETER WODARZ and BRIAN FRANK, individually, ) ) ) ) ) Defendants. ) | Case No. 15 C 5793 Judge Marvin E. Aspen Magistrate Judge Maria Valdez |

**AGREED** ~~PROPOSED~~ **ORDER**

This cause comes to be heard on Defendants' Motion for Approval of the Settlement Agreement and Release between Plaintiff Federico Cansino and Defendants Milieu Design, LLC, Milieu Group, Inc., Peter Wodarz and Brian Frank. The Court having been fully advised, and the Court having reviewed and considered the Settlement Agreement and Release, NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court has considered the arguments concerning whether the proposed settlement of this litigation on the terms and conditions provided for in the Settlement Agreement and Release is fair, reasonable and adequate;

2. The Court hereby approves the Settlement Agreement and Release and the terms set forth therein as being fair, reasonable and adequate. The Settlement Agreement and Release is the result of arm's length negotiations and provides relief to Plaintiff; and

3. Plaintiff's claims in this lawsuit against Defendants are dismissed, initially without prejudice, said dismissal to automatically convert to with prejudice on February 11, 2016, and with each party to bear its own costs subject to the terms of the Settlement Agreement and Release.

Dated: 1/19/2016

_____
Entered: U.S. District Judge Marvin E. Aspen

Prepared by:
Antonio Caldarone
Matthew P. Kellam
Laner Muchin, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60654
(312) 467-9800
(312) 467-9479 (fax)
*Attorneys for Defendants*

Approved by:
John Billhorn
Billhorn Law Firm
53 West Jackson Blvd, Suite 840
Chicago, Illinois, 60604
jbillhorn@billhornlaw.com

Meghan VanLeuwen
Farmworker and Landscaper Advocacy Project
33 North LaSalle Street, Suite 900
Chicago, Illinois, 60602
mvanleuwen@flapillinois.org
*Attorneys for Plaintiff*